FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 02, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL MOSES YALLUP,<br><br>Defendant. | No. 1:19-CR-02023-SAB-1<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>ECF No. 23 |

**BEFORE THE COURT** is Defendant's Motion to Modify Conditions of Release (ECF No. 23). On August 2, 2019, the Court reopened the hearing to consider Defendant's additional proffers and arguments of counsel. 18 U.S.C. § 3142(f). Defendant appeared with Assistant Federal Defender Ben Hernandez. Assistant United States Attorney Troy Clements represented the United States.

Defendant requested that the Court modify a previous condition of release prohibiting contact with minors to permit him to reside in a home with three minor children. The Court has considered this proposed release plan and evaluated the four factors outlined in 18 U.S.C. § 3142(g) to decide whether there were

ORDER - 1

conditions of release that would reasonably assure Defendant's appearance in court and the safety of the community: (1) the nature and circumstances of the offense; (2) the weight of evidence against Defendant; (3) the history and characteristics of Defendant; and (4) the nature and seriousness of the danger Defendant would present to the community if released. Based on these factors as outlined at the hearing and in this order, the Court denies Defendant's motion to modify.

Defendant proposes modifying Special Condition of Release No. 9 to permit him to be present with minors, which would allow him to move in with his nephew's family. Defendant's nephew has three children in the home, who are ages 17, 12, and 6, one of which is female. Defendant has faced challenges locating a release address and is currently residing in a homeless shelter. The Court appreciates Defendant's desire to find a more stable residence but finds the condition prohibiting contact with minors necessary to address the Court's concern regarding risk of danger to the community.

Defendant is charged with one count of incest. According the United States' proffer at the May 24, 2019 detention hearing, Defendant is alleged to have engaged in repeated hands-on sexual contact with a granddaughter when she was ages 7 or 8 through 16.[1] The Court has significant concerns about the proposal to

---

[1] The Court notes the indictment charges conduct that is alleged to have occurred

permit Defendant to reside with other minor relatives who are the in the same age range as the victim during the alleged abuse and one of whom is the same sex as the victim. Although Defendant's nephew has offered to supervise Defendant while at the proposed release address, the Court finds this is not a practical way to effectively ensure the safety of the children in the home. Defendant's current trial date is October 21, 2019, which is nearly three months from now. Defendant's nephew will need to sleep, shower, run errands, and do other tasks that would not permit constant supervision of Defendant with three children. Accordingly, the Court finds Special Condition No. 9 remains necessary to reasonably assure the safety of the community, including the children in Defendant's nephew's home.

IT IS HEREBY ORDERED:

1. The Motion to Modify Conditions of Release (**ECF No. 23**) is **DENIED**. Defendant shall remain subject to his previously imposed conditions of release (ECF No. 15).

2. If Defendant seeks review of this Order pursuant to 18 U.S.C. § 3145(b), attorney for Defendant shall file a written motion for revocation or amendment of this Order within ten (10) days before the district judge to whom

---

when the victim was 15-16 years old.

1 this case is assigned and note it for hearing at the earliest possible date.  Both

2 parties are responsible to ensure the motion is determined promptly.

3 DATED August 2, 2019.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 4