FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 04, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:19-CR-02023-SAB-1 |
| Plaintiff, | ORDER GRANTING IN PART MOTION TO MODIFY CONDITIONS OF RELEASE |
| vs. | |
| MICHAEL MOSES YALLUP, | **ECF No. 29** |
| Defendant. | |

On October 4, 2019, the Court held a hearing on Defendant's Motion to Modify Conditions of Pre-trial Release. ECF No. 29. Defendant appeared with Assistant Federal Defender Ben Hernandez. Assistant United States Attorney Troy Clements represented the United States.

Specifically, Defendant requests that Special Condition 3, which prohibits him from contacting, directly or indirectly, any persons who may be potential victims or witnesses in the subject investigation or prosecution, be modified to allow him to contact four family members for purposes of transportation. Defendant currently resides at a homeless shelter, Noah's Ark, in Wapato,

ORDER - 1

Washington, and does not have reliable transportation. To coordinate transportation to legal and court-imposed obligations, Defendant requests that he be able to contact his son, Jesse Yallup; his daughter, Jennifer Yallup; the victim's mother, Eddi Eyle; and the victim's maternal grandfather, Robert Eyle. The United States opposes the Motion as to all individuals except Jesse Yallup.

At the hearing, Defendant and the United States agreed to the following modification: Defendant shall be permitted to contact Jesse Yallup to arrange and to provide transportation to legal and court-imposed obligations. Defendant shall not be transported to or from the residence of the victim and Defendant shall not discuss the investigation or prosecution with Jesse Yallup.

The Court finds that modifying the condition to allow communication with Jesse Yallup only and for the sole purpose of arranging and providing transportation is appropriate, particularly in light of counsels' proffers that the matter is close to a resolution. In order for Defendant to meet his court-imposed obligations and be able to discuss this matter with his counsel, he needs reliable transportation. The Court appreciates the difficulty that a no-contact order with family members presents in this case, where Defendant does not have the resources to arrange transport independent of his family.

The remaining three individuals – Jennifer Yallup, Eddi Eyle, and Robert Eyle – shall remain subject to the no-contact order. Defendant shall otherwise abide by the conditions as set forth in ECF No. 15.

Accordingly; **IT IS HEREBY ORDERED:**

1. The Motion to Modify Conditions of Release (**ECF No. 29**) is **GRANTED IN PART.**

2. **Special Condition 3**, ECF No. 15, shall be modified as follows: Defendant shall avoid all contact, direct or indirect, with any persons who Defendant would reasonably know are or may become a victim or potential witness in the subject investigation or prosecution. Defendant may have contact with Jesse Yallup for the sole purpose of arranging and providing transportation to and from his legal, investigatory, and court-imposed obligations. Defendant shall not discuss the investigation or prosecution with Jesse Yallup in any way. Mr. Jesse Yallup may transport Defendant directly to and from his legal, investigatory, and court-imposed obligations, however he may not be transported to the residence of the victim, or any place apart from the obligations set forth above.

3. Defense counsel is instructed to provide copies of ECF No. 29 and this Order to Jesse Yallup.

4. Defense counsel and counsel for the United States shall update the undersigned as to the posture of the case after the next pre-trial conference and shall timely inform the Court of any issues arising from this modification.

5. All other conditions of pre-trial release shall remain in force.

DATED October 4, 2019.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 4