FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL MOSES YALLUP,<br><br>    Defendant. | No. 1:19-CR-02023-SAB-1<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND MOTION TO EXPEDITE<br><br>**ECF Nos. 84, 85** |

Before the Court is Defendant's Motion to Modify Conditions of Pretrial Release (ECF No. 84) and related Motion to Expedite (ECF No. 85). Neither the United States nor the United States Probation Office oppose the request.

Specifically, Defendant requests the Court remove Special Condition No. 14, which requires Defendant to submit to portable breathalyzer testing. ECF No. 15. Due to Defendant's supervision compliance for the past 17 months and the fact he has been sentenced and permitted to self-report, the Court finds this condition is no longer necessary to reasonably assure Defendant's appearance at future court hearings or to prevent danger to the community.

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND MOTION TO EXPEDITE - 1

**ACCORDINGLY, IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Pretrial Release (**ECF No. 84**) is **GRANTED**.

2. Defendant's Motion to Expedite (**ECF No. 85**) is **GRANTED**.

3. Special Condition No. 14 (ECF No. 15), which required Defendant to submit to portable breathalyzer testing, shall be **STRICKEN**.

DATED November 4, 2020

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE
