PROB 12A
(6/16)

# United States District Court

### for the

### Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 12, 2023**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Michael Moses Yallup | Case Number: 0980 1:19CR02023-SAB-1 |
| Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: October 21, 2020 | Type of Supervision: Supervised Release |
| Original Offense: Incest, 18 U.S.C. § 1153 | Date Supervision Commenced: May 12, 2022 |
| Original Sentence: Prison - 14 M; TSR - 120 M | Date Supervision Expires: May 11, 2032 |

## NONCOMPLIANCE SUMMARY

On May 16, 2022, supervised release conditions were reviewed and signed by Mr. Yallup, acknowledging an understanding of his conditions.

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #11:**  You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Mr. Yallup is alleged to have violated special condition number 11 by consuming alcohol on or about April 5, 2023.<br><br>On April 5, 2023, this officer received a phone call from Mr. Yallup's sex offender treatment counselor, whereby Mr. Yallup had admitted to the counselor he had consumed alcohol that day due to a family member's death.  Later that same day, this officer spoke with Mr. Yallup over the telephone regarding his recent alcohol consumption. Mr. Yallup expressed a desire to enroll in inpatient substance abuse treatment through the Yakama Nation.<br><br>On April 21, 2023, Mr. Yallup received a substance abuse evaluation at the Yakama Nation Tiinawit Program. Mr. Yallup was referred to the Yakama Nation Behavioral Health Services to address his relapse through additional mental health services. |

**U.S. Probation Officer Action**:

It has been made clear to Mr. Yallup that his behavior was unacceptable and he was in violation of his supervised release conditions for consuming alcohol. This officer used corrective action to address Mr. Yallup's behavior.  Mr. Yallup was honest about his recent relapse, and remains in compliance with sex offender treatment sessions through Ken Schafer and Associates.  Mr. Yallup expressed to this officer his desire to engage in both substance abuse and mental health treatment services though tribal resources.

Prob12A
**Re: Yallup, Michael Moses**
**May 12, 2023**
**Page 2**

On May 19, 2023, at 2 p.m., Mr. Yallup is scheduled for a mental health evaluation at the Yakama Nation Behavioral Health Services. This officer believes the structure and accountability of additional mental health treatment will assist Mr. Yallup in living a clean and sober lifestyle in the community. Based on the above-noted information, this officer recommends no action be taken to afford Mr. Yallup to fully engage in mental health treatment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: May 12, 2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

[X]  Court Concurs with Officer Action
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

Signature of Judicial Officer

5/12/2023
Date