PROB 12A
(6/16)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 01, 2023

SEAN F. McAVOY, CLERK

# United States District Court

for the

Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

| | |
|---|---|
| Name of Offender: Michael Moses Yallup | Case Number: 0980 1:19CR02023-SAB-1 |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: October 21, 2020 | Type of Supervision: Supervised Release |
| Original Offense: Incest, 18 U.S.C. § 1153 | Date Supervision Commenced: May 12, 2022 |
| Original Sentence: Prison - 14 M; TSR - 120 M | Date Supervision Expires: May 11, 2032 |

### NONCOMPLIANCE SUMMARY

On May 16, 2022, supervised release conditions were reviewed and signed by Mr. Yallup, acknowledging an understanding of his conditions.

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #11:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Mr. Yallup is alleged to have violated his supervised release conditions by consuming alcohol on or before October 26, 2023.

While conducting a home inspection at Mr. Yallup's residence, this officer conducted a urinalysis (UA). Before conducting the UA, this officer asked Mr. Yallup if the UA would be clean, including alcohol. Mr. Yallup said the UA would be clean. The UA was presumptive negative for tested controlled substances. The UA was sent to the lab to be tested for alcohol. This officer explained to Mr. Yallup that he would be notified of the result of the UA. Mr. Yallup voiced his understanding.

On November 4, 2023, the UA returned from the lab positive for alcohol. This officer contacted Mr. Yallup and informed him of the positive UA for alcohol. This officer asked Mr. Yallup how often he was consuming alcohol. Mr. Yallup said a few beers during the weekend and occasionally during the week.

**U.S. Probation Officer Action**:

It has been made clear to Mr. Yallup that his behavior was unacceptable and he was in violation of his supervised release conditions for consuming alcohol. This officer used corrective action to address Mr. Yallup's behavior. Mr. Yallup remains in compliance with sex offender treatment sessions through Ken Schafer and Associates. This officer

Prob12A
**Re: Yallup, Michael Moses**
**November 28, 2023**
**Page 2**

verified that Mr. Yallup had reported the latest relapse to Mr. Schafer, and they are addressing the triggers that led to the relapse through treatment.

On November 17, 2023, this officer conducted a home inspection at Mr. Yallup's residence and collected a UA. The UA was presumptive negative for tested controlled substances. The UA was sent to the lab to be tested for alcohol. Mr. Yallup said he was remaining clean and sober, so he is confident the UA will return clean.

On November 22, 2023, the UA returned from the lab negative for alcohol. This officer contacted Mr. Yallup and informed him of the negative UA for alcohol. Mr. Yallup said he believes meeting with Mr. Schafer twice a week instead of once a week is helping him remain clean and sober. This officer believes the structure and accountability of sex offender treatment will assist Mr. Yallup in living a clean and sober lifestyle in the community, including increased UAs.

Based on the above-noted information, this officer recommends no action be taken to afford Mr. Yallup to remain engaged in sex offender treatment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: November 28, 2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

[X]  Court Concurs with Officer Action
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

Signature of Judicial Officer

12/1/2023
Date