PROB 12C
(6/16)

Report Date: February 1, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 01, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Moses Yallup                Case Number: 0980 1:19CR02023-SAB-1

Address of Offender: ███████████, White Swan, Washington 98952

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 21, 2020

| | | |
|---|---|---|
| Original Offense: | Incest, 18 U.S.C. § 1153 | |
| Original Sentence: | Prison - 14 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: May 12, 2022 |
| Defense Attorney: | Alex B Hernandez | Date Supervision Expires: May 11, 2032 |

## PETITIONING THE COURT

To issue a summons.

On May 16, 2022, the supervised release conditions were reviewed by Mr. Yallup, indicating an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #11:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence:** Mr. Yallup is considered to be in violation of his supervised release conditions by consuming alcohol on or about January 25, 2024.<br><br>On January 25, 2024, this officer conducted a home inspection at Mr. Yallup's listed residence. Before conducting the Breathalyzer (BA) test, this officer asked Mr. Yallup if he had been remaining clean and sober, to which Mr. Yallup replied no. Mr. Yallup indicated he had been drinking earlier that morning. This officer asked Mr. Yallup how many beers he had consumed, and Mr. Yallup replied a few. This officer conducted the BA test, results were 0.219. |

Prob12C
**Re: Yallup, Michael Moses**
**February 1, 2024**
Page 2

> Mr. Yallup informed this officer that he had been remaining clean and sober; however, the recent pain from his knee caused him to make a poor decision. This officer directed Mr. Yallup to contact the Tiinawit program since consuming alcohol has once again become an issue for him, Mr. Yallup agreed to schedule a substance abuse evaluation by February 2, 2024.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 1, 2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

2/1/2024

Date