PROB 12C
(6/16)

Report Date: June 14, 2024

# United States District Court

#### for the

#### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 17, 2024**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| Name of Offender: | Michael Moses Yallup | Case Number: | 0980 1:19CR02023-SAB-1 |
| Address of Offender: | ███████████, White Swan, Washington 98952 | | |
| Name of Sentencing Judicial Officer: | The Honorable Stanley A. Bastian, Chief U.S. District Judge | | |
| Date of Original Sentence: | October 21, 2020 | | |
| Original Offense: | Incest, 18 U.S.C. § 1153 | | |
| Original Sentence: | Prison - 14 months<br>TSR - 120 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Letitia Alberta Sikes | Date Supervision Commenced: | May 12, 2022 |
| Defense Attorney: | Alex B Hernandez, III | Date Supervision Expires: | May 11, 2032 |

### PETITIONING THE COURT

To issue a warrant.

On May 16, 2022, the supervised release conditions were reviewed and signed by Mr. Yallup, indicating an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #2**: You must not have direct contact with any child you know or reasonably should know to be under the age of 18, without the permission of the probation officer. If you do have any direct contact with any child you know or reasonably should know to be under the age of 18, without the permission of the probation officer, you must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places. |
| | **Supporting Evidence**: Mr. Yallup is alleged to have violated his conditions of supervised release by having contact with a child under the age of 18, from June 11 to 13, 2024. |
| | On June 13, 2024, this officer conducted a home inspection at Mr. Yallup's listed residence. Upon arriving at the residence, this officer made contact with Mr. Yallup and his son outside of the residence. Mr. Yallup stated he was home with his daughter and invited this officer inside. Once inside the residence, this officer immediately observed Mr. Yallup's daughter, her husband, and six-year-old daughter laying in a bed in the living room. |

Prob12C
Re: Yallup, Michael Moses
June 14, 2024
Page 2

This officer asked Mr. Yallup why his daughter and minor grandchild were there, and Mr. Yallup replied it was because they had no where else to stay and are homeless. This officer informed Mr. Yallup that when we spoke on the telephone the previous day, he made no mention of his daughter and minor grandchild staying with him, as it is a violation of his supervised release conditions. Mr. Yallup's daughter stated she had tried to contact Ken Schafer regarding them staying at his residence but was unsuccessful. This officer explained to Mr. Yallup's daughter that Mr. Yallup needed to re-engage in sex offender treatment and she would need to complete a chaperone process before any contact would be allowed. Mr. Yallup's daughter stated her minor child has been with her the entire time, and has not been alone with Mr. Yallup.

This officer then had Mr. Yallup step outside and submit to a Breathalyzer (BA) test, with results of 0.00. Mr. Yallup denied consuming any alcohol since releasing from treatment on June 11, 2024. This officer then contacted Ken Schafer by telephone and scheduled Mr. Yallup's first sex offender treatment appointment for June 18, 2024, at 10 a.m.

Mr. Schafer explained to Mr. Yallup once he complies with treatment, they can then discuss the chaperone process for his daughter, with required paperwork. This officer informed Mr. Yallup that his daughter and minor grandchild needed to depart the residence, or Mr. Yallup needed to depart. Mr. Yallup's daughter, husband, and minor grandchild then departed the residence to stay with a family member in Wapato, Washington.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 14, 2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

6/17/2024
Date