PROB 12C
(6/16)

Report Date: June 28, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 02, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Michael Moses Yallup | Case Number: 0980 1:19CR02023-SAB-1 |
| Address of Offender: ███████, White Swan, Washington 98952 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: October 21, 2020 | |
| Original Offense: Incest, 18 U.S.C. § 1153 | |
| Original Sentence: Prison - 14 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Letitia Alberta Sikes | Date Supervision Commenced: May 12, 2022 |
| Defense Attorney: Federal Defender | Date Supervision Expires: May 11, 2032 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on June 14, 2024.

On May 16, 2022, the supervised release conditions were reviewed and signed by Mr. Yallup, indicating an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #2**: You must not have direct contact with any child you know or reasonably should know to be under the age of 18, without the permission of the probation officer. If you do have any direct contact with any child you know or reasonably should know to be under the age of 18, without the permission of the probation officer, you must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places. |
| | **Supporting Evidence**: Mr. Yallup is alleged to have violated his conditions of supervised release by having contact with a child under the age of 18 on June 28, 2024. |
| | On June 28, 2024, United States Probation Officer Arturo Santana and this officer conducted a home inspection at Mr. Yallup's listed residence. Upon arriving at the residence, this officer made contact with Mr. Yallup and he invited us inside. Once inside the residence, this officer immediately observed Mr. Yallup's daughter, her husband, and her six-year-old |

Prob12C
**Re: Yallup, Michael Moses**
June 28, 2024
Page 2

daughter lying in a bed in the living room, along with an open alcoholic beverage on the table. Mr. Yallup admitted to purchasing a six-pack of beer (Keystone) the previous night and consuming five of them, with the sixth one being the one on the table. This officer directed Mr. Yallup to pour the remaining beer outside, with which he complied.

Mr. Yallup's daughter stated that her minor child had been with her the entire time and had not been alone with Mr. Yallup. This officer directed Mr. Yallup to depart the residence or for his daughter and minor child to leave. Mr. Yallup said he could get a ride from his son-in-law and stay at his other daughter's residence in White Swan, where no minor resided. This officer directed Mr. Yallup to report to the probation office on Monday, July 1, 2024. Mr. Yallup agreed not to return to his residence until he received approval from the probation office. This officer observed Mr. Yallup depart the residence.

3    **Special Condition #11:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to uranalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Yallup is considered to be in violation of his supervised release conditions by consuming alcohol on June 28, 2024.

Please refer to narrative found in Violation #2.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 28, 2024

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

*Stanley A. Bastian*

Signature of Judicial Officer

7/2/2024
Date