PROB 12C
(6/16)

Report Date: July 23, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Moses Yallup                     Case Number: 0980 1:19CR02023-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮    White Swan, Washington 98952

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: October 21, 2020

| | | |
|---|---|---|
| Original Offense: | Incest, 18 U.S.C. § 1153 | |
| Original Sentence: | Prison - 14 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Letitia Sikes | Date Supervision Commenced: May 12, 2022 |
| Defense Attorney: | Alex B. Hernandez, III. | Date Supervision Expires: May 11, 2032 |

### PETITIONING THE COURT

To issue a summons.

On May 16, 2022, the supervised release conditions were reviewed by Mr. Yallup, indicating an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #1:** You must not communicate, or otherwise interact, with D.Y. either directly or through someone else, without first obtaining the permission of the probation officer. You must not enter the premises or loiter within 1,000 feet of the victim's residence or place of employment.<br><br>**Supporting Evidence**: Mr. Yallup is considered to be in violation of his supervised release conditions by having contact with D.Y. since on or before June 5, 2025.<br><br>On July 21, 2025, the undersigned officer along with United States Probation Officer Casey, conducted a home inspection at Mr. Yallup's residence. During the home contact, Mr. Yallup stated he was at home with his adult granddaughter, "DJ," who was in her room. During the walk-through of the residence, this officer observed the individual referred to as "DJ," in her room.<br><br>On July 22, 2025, this officer contacted Mr. Yallup to follow up on "DJ," the individual who was residing at his house. Mr. Yallup admitted "DJ" was the victim in his instant offense and was referred to as D.Y. in Special Condition #1. He admitted she had been staying at his residence for about 1½ months, and was there the last time this officer visited him. This |

Prob12C
**Re: Yallup, Michael Moses**
**July 23, 2025**
**Page 2**

officer explained to Mr. Yallup that he did not realize "DJ" was D.Y. Mr. Yallup said he thought D.Y. could be at his house because of a previous approved chaperone for his son, Jesse. This officer explained to Mr. Yallup that the approved chaperone for Jesse meant he would need to be present at all times. Mr. Yallup felt it was a misunderstanding. This officer thanked Mr. Yallup for being honest.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring Mr. Yallup to answer to the above-listed allegation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 23, 2025

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stan Bastian*
Signature of Judicial Officer

7/23/2025
Date